IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LEVON VICTOR BELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER HOMER BRYSON;<br>WARDEN STANLEY WILLIAMS; DEPUTY<br>WARDEN BOBBIT; CPT. ELLIS; LT.<br>HUNT; and SGT. COREY OSBORNE,<br><br>Defendant. | CIVIL ACTION NO.: 6:15-cv-114 |

## **ORDER**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 5), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's action is **DISMISSED**, and the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 24th day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA